United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 25, 2024
Lyle W. Cayce
Clerk

No. 24-70008

Irving Alvin Davis,

*Petitioner—Appellant,*

versus

Bobby Lumpkin, *Director,*
*Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:14-CV-121

_____

ORDER:

IT IS ORDERED that appellant's unopposed motion for an extension to February 10, 2025, to file a motion for certificate of appealability and a brief in support is GRANTED in part. The deadline is extended to January 13, 2025. No further extension will be given.

LYLE W. CAYCE, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT