# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 07, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-70008   Davis v. Lumpkin
                   USDC No. 3:14-CV-121

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Craig William Cosper
Mr. Richard Dennis Esper
Mr. Todd G. Scher
Mr. Joe A. Spencer Jr.