No. 24-70008

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**IRVING ALVIN DAVIS**
*Petitioner-Appellant,*

**v.**

**ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,**
*Respondent-Appellee*

On Appeal from the United States District Court, Western District of Texas, El Paso Division, Case No. 3:14-cv-00121-KC

## UNOPPOSED MOTION TO SUPPLEMENT AND/OR EXPAND THE RECORD ON APPEAL

**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:**

Petitioner-Appellant, Irving Alvin Davis, respectfully moves the Court for an order directing the supplementation and/or expansion of the Record on Appeal that was filed in this Court. In support thereof, Davis states as follows:

This case is before the Court on an appeal from the denial of habeas corpus relief in a capital case. On this date, pursuant to a prior Order of the Court, Davis is

filing his Motion for a Certificate of Appealability (COA) and his Brief in support thereof.

In preparing and finalizing Davis's COA motion and brief, counsel discovered that not all of the state court records and transcripts have been made part of the electronic Record on Appeal.

To be sure, the Record on Appeal does contain all of the pleadings docketed in the federal district court, *see* ROA.1-3057. Thus, the federal pleadings are not a concern.

The electronic index to the ROA also indicates that there are three entries entitled "State Court Papers." However, when those entries are opened, there are only some (but seemingly not all) documents relating to some of Davis's state court proceedings. ROA.3058-3799. Moreover, there are *no transcripts or exhibits* from Davis's original trial and penalty phase, which took place in 2002, and *no transcripts or exhibits* from Davis's resentencing proceeding, which took place in 2008. From counsel's own copies of these materials, the Reporter's Record from Davis's 2002 trial and penalty phase indicates there are some 41 volumes, and the Reporter's Record from Davis's 2008 resentencing proceeding indicates there are some 32 volumes. All of these materials, including all transcripts from both of Davis's capital proceedings, should be made part of the Record on Appeal.

Upon discovering that the Record on Appeal was missing a substantial number of state court documents, including all trial and resentencing transcripts, Davis's counsel contacted a representative of this Court's Clerk's Office, who, after consulting with some colleagues, informed counsel that he would need to file a motion to expand or supplement the Record on Appeal with the items that had not been included. Counsel did indicate that he would file such a motion, and that he would cite to the Record on Appeal as much as possible, and cite to the remaining parts of the record that were not included in this Court's Record on Appeal in the same was as was done by the parties in the district court. Counsel noted this as well in Davis's COA motion and Brief (at footnote 2).

Once the Record on Appeal is supplemented completely, Davis's counsel will, at the Court's direction, correct his COA motion and Brief to include the citations to the supplemented Record on Appeal so that both parties and this Court can refer to the record using a singular citation method.

WHEREFORE, Davis moves the Court to order the supplementation and/or expansion of the Record on Appeal.

Respectfully submitted,

*/s/ Todd G. Scher*
TODD G. SCHER
Florida Bar No. 0899741
Law Office of Todd G. Scher, P.L.
1722 Sheridan Street #346
Hollywood, FL 33020
Tel: (754) 263-2349
Fax: (754) 263-4147
Email: TScher@msn.com

**Certificate of Compliance**

I certify that (1) this Motion was prepared in 14-point Times New Roman using Microsoft Word software, (2) this Motion is 476 words, excluding the exempted sections by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Cir. Rule 25.2.13.

*/s/ Todd G. Scher*
Todd G. Scher

**Certificate of Conference**

I hereby certify that on January 27, 2025, I conferred with Craig Cosper, counsel for the Respondent-Appellee, who authorized counsel to represent that the Respondent-Appellee has **no objection** to the supplementation and/or expansion of the Record on Appeal in this cause.

*/s/ Todd G. Scher*
Todd G. Scher

## Certificate of Service

I hereby certify that on January 27, 2025, I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Todd G. Scher*
Todd G. Scher