No. 24-70008

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**IRVING ALVIN DAVIS**
*Petitioner-Appellant,*

v.

**ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,**
*Respondent-Appellee*

On Appeal from the United States District Court, Western District of Texas, El Paso Division, Case No. 3:14-cv-00121-KC

## JOINT MOTION TO FILE CORRECTED MOTION FOR CERTIFICATE OF APPEALABILTY AND BRIEF AND TO TOLL TIME FOR FILING OF APPELLEE'S RESPONSE

**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:**

Petitioner-Appellant, Irving Alvin Davis, and the Respondent-Appellee, Eric Guerrero, jointly move the Court for an order (1) granting Davis thirty (30) days in order to file a Corrected Motion for Certificate of Appealability (COA) and Brief in support thereof, and (2) tolling the time for the filing of the Respondent-Appellee's

Response until the filing of Davis's corrected brief. In support thereof, the parties state as follows:

1. This case is before the Court on an appeal from the denial of habeas corpus relief in a capital case.

2. On January 27, 2025, Davis filed his motion for a COA along with his brief in support thereof. The following day, he filed an Unopposed Motion to Supplement the Electronic Record on Appeal, noting that the electronic ROA that had been filed with this Court did not contain many pleadings and transcripts from Davis's state court proceedings. In light of the January 27 filing deadline, Davis filed his COA motion and brief using many citations to the record from state court for which there was no corresponding citation to the electronic ROA because the electronic ROA was incomplete.

3. On January 28, 2025, this Court granted Davis's motion and ordered the supplementation of the electronic ROA.

4. On March 11, 2025, the supplemental electronic ROA was filed in this Court. The supplemental ROA adds approximately an additional 12,000 pages of documents to the existing original ROA, which totaled some 4,000 pages. Hence, the complete ROA in this case is over 16,000 pages long.

5. Now that the complete ROA is before the Court, the parties jointly move the Court for: (1) an order granting Davis a period of thirty (30) days in which to file a corrected COA motion and brief to bring his documents into compliance with Fifth Cir. R. 28.2.2[1] so that both parties' briefs will be referring to the now-supplemented and complete ROA; and (2) an order tolling the time for the filing of Guerrero's response, currently due on March 28, 2025, until Davis's corrected pleadings are filed; Guerrero will thereafter have seven (7) days after the filing of Davis's corrected pleadings in which to file his response.

WHEREFORE, Appellant and Appellee jointly moves the Court to grant Davis leave to file a corrected COA motion and brief in support thereof within thirty (30) days, and to toll the time for the filing of Appellee's response until Davis's corrected pleadings are filed.

---

[1] This rule provides: "Record References. Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found using the record citation form as directed by the Clerk of Court."

Respectfully submitted,

*/s/ Todd G. Scher*
TODD G. SCHER
Florida Bar No. 0899741
Law Office of Todd G. Scher, P.L.
1722 Sheridan Street #346
Hollywood, FL 33020
Tel: (754) 263-2349
Fax: (754) 263-4147
Email: TScher@msn.com

*/s/ Craig W. Cosper*
CRAIG W. COSPER
Assistant Attorney General
State Bar No. 24067554
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: 512-936-1400
Fax: 512-320-8132

**Certificate of Compliance**

I certify that (1) this Motion was prepared in 14-point Times New Roman using Microsoft Word software, (2) this Motion is 465 words, excluding the exempted sections by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Cir. Rule 25.2.13.

*/s/ Todd G. Scher*
Todd G. Scher

**Certificate of Conference**

I hereby certify that on March 20, 2025, the parties' counsel conferred with each other and agreed to the filing of this joint motion.

*/s/ Todd G. Scher*
Todd G. Scher

**Certificate of Service**

I hereby certify that on March 21, 2025, I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Todd G. Scher*
Todd G. Scher