No. 24-70008

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**IRVING ALVIN DAVIS**
*Petitioner-Appellant,*

v.

**ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,**
*Respondent-Appellee*

On Appeal from the United States District Court, Western District of Texas, El Paso Division, Case No. 3:14-cv-00121-KC

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY WITHIN 30 DAYS

**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:**

Petitioner-Appellant, Irving Alvin Davis, respectfully requests the Court grant him leave to file a Reply to Texas's response to his Motion for COA and supporting brief within 30 days, or until June 2, 2025. **Texas, through its representatives, does not oppose this request.**

Mr. Davis timely filed his Motion for COA and supporting brief in this Court on January 27, 2025. The Court subsequently granted a motion to correct the

electronic Record on Appeal, which had been missing a substantial number of state court pleadings and transcripts, and the corrected record was filed on or about March 11, 2025. The Court thereafter granted the parties' joint request to allow Mr. Davis to file a corrected Motion for COA and brief by April 23, 2025, and to permit Texas to file its responses by April 30, 2025. Both parties complied with these deadlines, and Texas's responsive pleadings opposing Mr. Davis's COA motion were filed on April 30, 2025.

Under the rule governing motions, Mr. Davis may file a reply by May 7, 2025.[1] Under the rule governing briefs, Mr. Davis may file a reply by May 21, 2025.[2] It is unclear which of these rules applies to this proceeding. Consistent with the statutory provision governing a single judge's authorization to issue a COA, *see* 28 U.S.C. § 2253 (c)(1), Fed. R. App. P. 22(b), this Court directs that habeas petitioners seek a COA by motion; and while the rules prohibit separate briefing in support of a motion, *see* Fed. R. App. P. 27(a)(2)(C)(i), this Court requires a separate brief in support of a COA motion (Doc. 12).

Notwithstanding which rule applies to this proceeding, Mr. Davis requests that the Court grant him 30 days in which to file his Reply to Texas's responsive brief, which contains almost 13,000 words and has numerous citations to the record

---

[1] *See* Fed. R. App. P. 27(a)(4).

[2] *See* Fed. R. App. 31(a)(1).

on appeal. Reviewing a brief of this length and drafting a polished, professional, and adequate brief in reply would be difficult to accomplish under either of the deadlines set forth in the rules of procedure. For this reason, Mr. Davis's counsel respectfully requests a period of 30 days, until June 2, 2025, in which to file his reply. As noted earlier, Respondent's counsel has no objection to the relief being sought herein.

FOR THESE REASONS, Mr. Davis respectfully requests this Court permit him to file a reply brief addressing the matters related to the Respondent's Response by June 2, 2025.

Respectfully submitted,

***/s/ Todd G. Scher***
TODD G. SCHER
Florida Bar No. 0899741
Law Office of Todd G. Scher, P.L.
1722 Sheridan Street #346
Hollywood, FL 33020
Tel: (754) 263-2349
Fax: (754) 263-4147
Email: TScher@msn.com

### **Certificate of Compliance**

I certify that (1) this Motion was prepared in 14-point Times New Roman using Microsoft Word software, (2) this Motion is 388 words, excluding the exempted sections by the rules of court, and (3) this Motion has been scanned for

viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Cir. Rule 25.2.13.

*/s/ Todd G. Scher*
Todd G. Scher

### Certificate of Conference

I hereby certify that on May 2, 2025, I conferred with Craig Cosper, counsel for the Respondent-Appellee, who authorized counsel to represent that the Respondent-Appellee has **no objection** to the relief sought herein.

*/s/ Todd G. Scher*
Todd G. Scher

### Certificate of Service

I hereby certify that on May 2, 2025, I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Todd G. Scher*
Todd G. Scher