No. 24-70008

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**IRVING ALVIN DAVIS,**
*Petitioner-Appellant,*

v.

**ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,**
*Respondent-Appellee*

On Appeal from the United States District Court, Western District of Texas, El Paso Division, Case No. 3:14-cv-00121-KC

## UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE INITIAL BRIEF

**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:**

Petitioner-Appellant, Irving Alvin Davis, respectfully requests a 30-day extension of time to file his Initial Brief in the above-captioned appeal. Mr. Davis's Initial Brief is currently due on August 5, 2025. A 30-day extension of time would extend the due date to September 4, 2025. This is Mr. Davis's **first** request for an extension of time for the filing of his Initial. Brief, and the Director is **unopposed** to this extension of time.

Mr. Davis submits that good cause exists for this requested extension of time. On June 26, 2025, the Court granted a Certificate of Appealability (COA) on two issues presented by Mr. Davis. The Court's ruling granting a COA is comprised of a 19-page single spaced unpublished opinion with 18 footnotes (some lengthy with factual and legal matters addressed), reflecting the fact that Mr. Davis's case is procedurally complex and factually wide-ranging, particularly with regard to the issues on which a COA was granted. The district court's order denying relief is also an extensive 133-page order replete with detailed factual assertions and legal analysis; indeed 16 pages of the district court's order are devoted to addressing Mr. Davis's factually dense ineffective assistance of counsel claim alone. In light of the length of the record on those issues on which the Court has granted a COA, Mr. Davis's undersigned counsel must spend a significant time evaluating the Court's decision and researching the law cited in the decision in order to effectively and professionally brief the complex factual and legal claims and to address the matters raised in the body and footnotes of the Court's COA opinion.

In addition to the foregoing reasons, Mr. Davis's counsel has long-standing plans to attend a legal conference regarding federal habeas corpus litigation in Cincinnati, Ohio, from July 17 to July 20, 2025. He also has a brief due in the Florida Supreme Court in a capital habeas corpus proceeding on July 21, 2025 (*Knight v. Secretary, Fla. Dep't. of Corrections*, No. SC2025-0872). Under these

circumstances, Mr. Davis's counsel respectfully submits that the requested extension of 30 days is of reasonable length and is necessary under these circumstances.

For these reasons, Mr. Davis requests a 30-day extension of time to file his Initial Brief in the above-captioned cause.

Respectfully submitted,

*/s/ Todd G. Scher*
TODD G. SCHER
Florida Bar No. 0899741
Law Office of Todd G. Scher, P.L.
1722 Sheridan Street #346
Hollywood, FL 33020
Tel: (754) 263-2349
Fax: (754) 263-4147
Email: TScher@msn.com

## Certificate of Compliance

I certify that (1) this Motion was prepared in 14-point Times New Roman using Microsoft Word software, (2) this Motion is 369 words, excluding the exempted sections by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Cir. Rule 25.2.13.

*/s/ Todd G. Scher*
Todd G. Scher

## Certificate of Conference

I hereby certify that on July 2, 2025, I conferred with Craig Cosper, counsel for the Respondent-Appellee, who authorized counsel to represent that the

Respondent-Appellee has **no objection** to the 30-day extension of time for the filing of Mr. Davis's Initial Brief.

*/s/ Todd G. Scher*
Todd G. Scher

## Certificate of Service

I hereby certify that on July 2, 2025, I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Todd G. Scher*
Todd G. Scher