No. 24-70008

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**IRVING ALVIN DAVIS,**
*Petitioner-Appellant,*

v.

**ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,**
*Respondent-Appellee*

On Appeal from the United States District Court, Western District of Texas, El Paso Division, Case No. 3:14-cv-00121-KC

## UNOPPOSED MOTION FOR 15-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

**TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:**

Petitioner-Appellant, Irving Alvin Davis, respectfully requests a 15-day extension of time to file his Reply Brief in the above-captioned appeal. The Director's Answer Brief—at nearly 13,000 words—was filed on November 5, 2025, and Mr. Davis's Reply Brief is currently due on November 26, 2025. A 15-day extension of time would extend the due date to December 11, 2025. This is Mr.

Davis's **first** request for an extension of time for the filing of his Reply Brief, and the Director is **unopposed** to this extension of time.

Mr. Davis submits that good cause exists for this requested extension of time. The undersigned counsel has a long-ago-scheduled evidentiary hearing in a capital postconviction case (*State of Florida v. Gerhard Hojan*, Broward County, Florida, Circuit Court Case No. 02-5900CF10B) commencing on November 19, 2025, and ending on November 21, 2025. Counsel is in the midst of the time-consuming preparation for this 3-day evidentiary hearing, and, given the short turnaround time for the Reply Brief in Mr. Davis's case, respectfully requests an additional 15 days in order to adequately review the Director's brief and to prepare an effective Reply Brief on Mr. Davis's behalf. Under these circumstances, Mr. Davis's counsel respectfully submits that the requested extension of 15 days is of reasonable length and is necessary under these circumstances.

For these reasons, Mr. Davis requests a 15-day extension of time to file his Reply Brief in the above-captioned cause, up to and including December 11, 2025.

Respectfully submitted,

*/s/ Todd G. Scher*
TODD G. SCHER
Florida Bar No. 0899741
Law Office of Todd G. Scher, P.L.
1722 Sheridan Street #346
Hollywood, FL 33020
Tel: (754) 263-2349
Fax: (754) 263-4147
Email: TScher@msn.com

## Certificate of Compliance

I certify that (1) this Motion was prepared in 14-point Times New Roman using Microsoft Word software, (2) this Motion is 258 words, excluding the exempted sections by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Cir. Rule 25.2.13.

*/s/ Todd G. Scher*
Todd G. Scher

## Certificate of Conference

I hereby certify that on November 7, 2025, I conferred with Craig Cosper, counsel for the Respondent-Appellee, who authorized counsel to represent that the Respondent-Appellee has **no objection** to the 15-day extension of time for the filing of Mr. Davis's Reply Brief.

*/s/ Todd G. Scher*
Todd G. Scher

## Certificate of Service

I hereby certify that on November 7, 2025, I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Todd G. Scher*
Todd G. Scher
