# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2025
Lyle W. Cayce
Clerk

No. 24-70008

Irving Alvin Davis,

*Petitioner—Appellant,*

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:14-CV-121

_____

ORDER:

IT IS ORDERED that appellant's unopposed motion for an extension to file his reply brief is DENIED. Fifth Circuit Rule 31.4.4 states that "[t]he court greatly disfavors all extensions of time for filing reply briefs."

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT